# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 15-CV-20003 GRAHAM/SIMONTON

Plaintiff:
**JEREMY CRUZ,**

vs.

Defendant:
**THE BUTCHERY SHOP, INC. A/K/A THE BUTCHER SHOP BEER GARDEN & GRILL, A FLORIDA CORPORATION; AND FRED NIZNIK, INDIVIDUALLY,**

For:
Rose H. Robbins
LAW OFFICE OF ROSE ROBBINS
2255 Glades Road
Suite 324 Atrium
Boca Raton, FL  33431

Received by Professional Process Servers on the 5th day of January, 2015 at 1:53 pm to be served on **THE BUTCHERY SHOP, INC., A/K/A THE BUTCHER SHOP BEER GARDEN & GRILL, REGISTERED AGENT, FRED NIZNIK, 165 NW 23RD STREET, MIAMI, FL 33127.**

I, Alfredo C. de Andrade, being duly sworn, depose and say that on the **6th day of January, 2015** at **1:35 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET AND COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **FRED NIZNIK as Registered Agent** at the address of: **165 NW 23RD STREET, MIAMI, FL 33127** on behalf of **THE BUTCHERY SHOP, INC.,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 30,  Sex: M,  Race/Skin Color: WHITE,  Height: 5'8",  Weight: 180,  Hair: DARK,  Glasses: N

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true, that I am over the age of eighteen, that I have no interest in the above action, and that I am a Certified Process Server in the circuit in which it was served, and in good standing.

Subscribed and Sworn to before me on the 7th day of
January, 2015 by the affiant who is personally known
to me.

_____
NOTARY PUBLIC

C. NUNEZ
MY COMMISSION # FF 111935
EXPIRES: May 4, 2018
Bonded Thru Budget Notary Services

_____
**Alfredo C. de Andrade**
1747

**Professional Process Servers
& Investigators, Inc.**
**1749 N.E. 26th Street, Suite A**
**Wilton Manors, FL 33305**
**(954) 566-2523**
Our Job Serial Number: FIS-2015000065

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w

["